UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRETT FIELDS,

        Plaintiff,

vs.                    Case No.   2:09-cv-529-FtM-29DNF

PRISON HEALTH SERVICES, INC., a
Tennessee corporation, JOSEPH A.
RICHARDS, JR., an individual and
BETTIE JOYCE ALLEN, an
individual,

        Defendants.
_____

## VERDICT FORM

We, the Jury, find by a preponderance of the evidence:

1. That the Plaintiff had a "serious medical need," as defined in the Court's instructions?



    ✓ Yes   or   _____ No

Note:   If you answered "No" to Question 1, skip the remaining questions and have your foreperson sign this verdict form at the bottom of the last page.

2.   That Defendant was aware of the Plaintiff's serious medical need?

As to Defendant Joseph A. Richards:

_____ Yes    or   __✓__ No

As to Defendant Bettie Joyce Allen:

_____ Yes    or   __✓__ No

Note:   Regarding Question 2, if you answered "Yes" as to either defendant proceed to Question 3 with respect to those defendants as to whom you answered "Yes." If you answered "No" as to both defendants in Question 2, skip the remaining questions as to the individual defendants. Regardless, proceed to Question 3 with regard to Prison Health Services, Inc.

3.  That the Defendant was deliberately indifferent to the Plaintiff's serious medical need?

As to Defendant Prison Health Services, Inc.:



__✓__ Yes    or    ____ No


As to Defendant Joseph A. Richards:

____ Yes    or    ____ No


As to Defendant Bettie Joyce Allen:

____ Yes    or    ____ No


<u>Note</u>:   Regarding Question 3, if you answered "Yes" as to one or more defendants proceed to Question 4 only with respect to those defendants as to whom you answered "Yes." If you answered "No" as to all defendants in Question 3, skip the remaining questions and have your foreperson sign this verdict form at the bottom of the last page.

4.   That the Defendant's acts were the proximate or legal cause of damages sustained by the Plaintiff?

As to Defendant Prison Health Services, Inc.:

__✓__ Yes   or   ____ No

As to Defendant Joseph A. Richards:

____ Yes   or   ____ No

As to Defendant Bettie Joyce Allen:

____ Yes   or   ____ No

Note:   Regarding Question 4, if you answered "Yes" as to one or more defendants proceed to Question 5 and later questions only with respect to those defendants as to whom you answered "Yes." If you answered "No" as to all defendants in Question 4, skip the remaining questions and have your foreperson sign this verdict form at the bottom of the last page.

4

5. That the Plaintiff should be awarded damages to compensate for lost earnings in the past, loss of earning capacity in the future, and medical expenses incurred in the past?

__✓__ Yes    or    _____ No

5(a). If you answered "Yes" to Question 5, what is the total amount of Plaintiff's damages for lost earnings in the past, loss of earning capacity in the future, and medical expenses incurred in the past?

$ __600,000__ .

5(b). Listed in column (1) below are the defendants whose deliberate indifference you could have found to have proximately caused the damages to the Plaintiff addressed in question 5. Please list in column (2) the dollar amount of actual damages caused by that defendant. (The total of the amounts in column (2) must equal the amount in your answer to question 5(a)).

PRISON HEALTH SERVICES, INC.    $ __600,000__

JOSEPH A. RICHARDS              $ _____

BETTIE JOYCE ALLEN              $ _____

5

6. That the Plaintiff should be awarded damages to compensate for physical as well as emotional pain and suffering, mental anguish, and loss of capacity for the enjoyment of life, experienced in the past or to be experienced in the future?

___✓___ Yes    or    _____ No

6(a). If you answered "Yes" to Question 6, what is the total amount of Plaintiff's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?

$ __100,000__ .

6(b). Listed in column (1) below are the defendants whose deliberate indifference you could have found to have proximately caused the damages to the Plaintiff addressed in question 6. Please list in column (2) the dollar amount of actual damages

caused by that defendant. (The total of the amounts in column (2) must equal the amount in your answer to question 6(a)).

PRISON HEALTH SERVICES, INC.     $ _100,000_____

JOSEPH A. RICHARDS              $_____

BETTIE JOYCE ALLEN              $_____


7. If Answered No to Question 5 and 6, but Yes to any portions of the prior questions, Plaintiff should be awarded $1.00 in nominal damages.

_____ Yes          _X_ No

8. That the Defendant(s) acted with malice or reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against the Defendant(s)?

As to Defendant Prison Health Services, Inc.:

    ✓ Yes   or   _____ No

    If you answered Yes, in what amount? $ 500,000 .

As to Defendant Joseph A. Richards:

    _____ Yes   or   _____ No

    If you answered Yes, in what amount? $_____.

As to Defendant Bettie Joyce Allen:

    _____ Yes   or   _____ No

    If you answered Yes, in what amount? $_____.

SO SAY WE ALL.

_March 18, 2011_
DATE

_Sean Hardegree_
JURY FOREPERSON