| | | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | | |

INVOICE NO: 00000761

MAKE CHECKS PAYABLE TO:

Greg M. Lauer
Law Offices of Greg M. Lauer, P.A.
320 S.E. 10th Court
Fort Lauderdale, FL 33316

Phone:

Jeff Thomas, Inc.
Suite 2-194
Fort Myers, FL 33901
Fort Myers, FL 33901

Phone: (239) 461-2033
FAX (239) 461-2129
Tax ID: 27-4584406
Jeffrey_Thomas@flmd.uscourts.gov

[ ] CRIMINAL  [X] CIVIL

DATE ORDERED: 04-19-2011

DATE DELIVERED:

**Case Style:** 2:09-CV-529, FIELDS v SCOTT, et al
Transcript of Jury Trial (sans jury selection and jury charge) held before Hon. John E. Steele on March 15, 16, 17, and 18, 2011.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 725 | 0.90 | 652.50 | | | | 652.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 652.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $652.50 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Jeffrey G. Thomas*

DATE: 04-20-2011

(All previous editions of this form are cancelled and should be destroyed)